**EXHIBIT A**

SCANNED

SEP 1 7 2012

U.S. DISTRICT COURT ST. PAUL

| GSN Item # | Invoice Number | Purchase Date | Gemstone Type | Color | Gemstone Cut | Carat | Purchase Price | GSN Appraisals | Independent Appraisal |
|---|---|---|---|---|---|---|---|---|---|
| 105-690409 | 680409-1 | 10/17/2009 | Ruby | African | Pear | 3.04 | $ 7,900.00 | $25,000.00 | |
| 105-818909 | 691255-1 | 12/8/2009 | Ruby | Mozambiq | Oval | 2.06 | $ 12,000.00 | $23,950.00 | |
| 101-453507 | 692541-1 | 12/13/2009 | padparad | pink | roval | 1.07 | $ 1,400.00 | | |
| 105-623209 | 702820-1 | 2/3/2010 | sapphire | yellow | oval | 2.48 | $ 350.00 | | |
| 105-63910 | 702820-1 | 2/3/2010 | sapphire | yellow | round 2 | 2.2 | $ 400.00 | | |
| 105-786709 | 689829-1 | 12/2/2009 | sapphire | hot pink | cushion | 2.02 | $ 400.00 | | |
| Total | | | | | | | $ 22,450.00 | | |

| GSN Item # | Invoice Number | Purchase Date | Gemstone Type Topaz | Color | Gemstone Cut | Carat | Purchase Price | GSN Appraisals | Independent Appraisal |
|---|---|---|---|---|---|---|---|---|---|
| 196-1153709 | 694496-1 | 12/22/2009 | Imperial | Peachy | Oval | 3.62 | $ 1,050.00 | | |
| 196-749608 | 715973-1 | 4/8/2010 | | swissblue | portround | 15.42 | $ 308.00 | | |
| 196-258709 | 715973-1 | 4/8/2010 | | skyblue | portround | 11.01 | $ 210.00 | | |
| 196-6408 | 715973-1 | 4/8/2010 | | london blue | cushion | 5.66 | $ 113.00 | | |
| Total | | | | | | | $ 1,681.00 | | |

| GSN Item # | Invoice Number | Purchase Date | Gemstone/Tanzanite | Color | Gemstone Cut | Carat | Purchase Price | GSN Appraisals | Independent Apprasial |
|---|---|---|---|---|---|---|---|---|---|
| 196-974209 | 681553-1 | 10/23/2009 | Tourmaline | hot pink | Fantasy | 13.01 | $ 3,800.00 | | |
| 196-1032709 | 694496-1 | 12/22/2009 | Tourmaline | hot pink | 2 Fantasy | 2.28 | $ 342.00 | | |
| 196-1154009 | 694496-1 | 12/22/2009 | Tourmaline | pink | round | 5.95 | $ 895.00 | | |
| 196-1153909 | 694496-1 | 12/22/2009 | rubellite | hot pink | round | 2.21 | $ 660.00 | | |
| 196-1154209 | 694496-1 | 12/22/2009 | indicolite | blue | emerald | 2.07 | $ 625.00 | | |
| 196-1154309 | 694496-1 | 12/22/2009 | Tourmaline | green | fantasy | 2.45 | $ 245.00 | | |
| 196-974309 | 681553-1 | 10/23/2009 | indicolite | blue | emerald | 3.62 | $ 1,200.00 | | |
| 105-388407 | 695095-1 | 12/27/2009 | Tourmaline | bicolor | port cush | 7.72 | $ 1,350.00 | | |
| | | 12/29/2009 | agodi rub | pink | round | 2.02 | $ 340.53 | | |
| | | 12/29/2009 | agodi rub | pink | round | 1.95 | $ 399.00 | | |
| 105-803409 | 691255-1 | 12/8/2009 | Tourmaline | raspberry | portround | 7.27 | $ 2,500.00 | | |
| 105-873906 | 702820-1 | 2/3/2010 | Tourmaline | mintgreen | portoval | 4.8 | $ 250.00 | | |
| 105-119310 | 702351-1 | 1/31/2010 | paraiba | Nigerian | Oval | 3.89 | $ 7,500.00 | $24,550 | $9,725 |
| 196-1154109 | 694496-1 | 12/22/2009 | indicolite | blue | round | 1.99 | $ 497.00 | | |
| Total | | | | | | | $ 20,603.53 | | |

| GSN Item # | Invoice Number | Purchase Date | Gemstone Type Topaz | Color | Gemstone Cut | Carat | Purchase Price | GSN Appraisals | Independent Apprasial |
|---|---|---|---|---|---|---|---|---|---|
| 102-171009 | 695063-1 | 12/26/2009 | diamond | cognac | | 1.09 | $ 3,000.00 | $12,050.00 | |
| 100-906409 | 680490-2 | 10/17/2009 | diamond | champagne | | 1.27 | $ 2,850.00 | $8,350.00 | |
| 100-851509 | 680409-1 | 10/20/2009 | emerald | | | 2.31 | $ 11,000.00 | $30,000 | |
| 100-1080009 | 702820-1 | 2/3/2010 | garnet | rhodolite | | 0.99 | $ 1,500.00 | | |
| | | 00/00/2010 | garnet | mandarin | | 1.8 | $ 1,700.00 | | |
| 320-1510 | 702351-1 | 1/31/2010 | garnet | colorcge | | 2.45 | $ 7,500.00 | $23,350.00 | |
| 102-10310 | 702351-1 | 1/31/2010 | garnet | demantoid | | 0.7 | $ 2,500.00 | $7,050 | |
| 105-117910 | 702351-3 | 1/31/2010 | garnet | mandarin | | 2.7 | $ 540.00 | | |
| | | | Mounting | | | | $ 2,150.00 | | |
| 196-55910 | 701622-1 | 1/28/2010 | opal | literidge | | 2.47 | $ 1,000.00 | | |
| 100-74710 | 702820-1 | 2/3/2010 | sapphire | blue | | 0.07 | $ 250.00 | | |
| 100-1042809 | 682274-2 | 10/27/2009 | ruby | | | 1.48 | $ 3,750.00 | $10,350.00 | |
| 100-1206909 | 689829-1 | 12/2/2009 | spinel | royalblue | | 3.6 | $ 4,000.00 | $10,050.00 | |
| 102-406808 | 689164-2 | 11/29/2009 | tanzanite | dksupneon | | 2.54 | $ 3,125.00 | $12,100.00 | |
| 101-1609 | 680014-1 | 10/15/2009 | tanzanite | dksupneon | | 10.65 | $ 18,000.00 | $41,050 | |
| | | 00/00/2010 | tourmaline | red | | 10.19 | $ 12,000.00 | $33,850.00 | $2,100.00 |
| 192-2087109 | 694886-1 | 12/24/2009 | tourmaline | multi | | 2.1 | $ 455.00 | | |
| 100-1022209 | 679187-3 | 10/10/2009 | zircon | red | | 20.85 | $ 3,900.00 | $12,450 | |
| 102-575509 | 682150-1 | 10/26/2009 | tourmaline | neonmint | | 11.44 | $ 7,900.00 | $22,750.00 | $1,700 |
| 100-389510 | 731495-2 | 12/1/2009 | tourmaline | Copbearing | | 2.07 | $ 1,595.00 | | |
| 100-389510 | 731495-2 | 6/21/2010 | aquamarine | | | 5 | $ 2,100.00 | | |
| | | | coral | sardinian | | | $ 665.00 | | |
| 196510510 | 731663-2 | 6/22/2010 | topaz | londonblue | | 21.61 | $ 1,250.00 | | |
| TOTAL | | | | | | | $ 92,730.00 | | |

| GSN Item # | Invoice Number | Purchase Date | Mix Gem | Color | Gemstone Cut | Carat | Purchase Price | GSN Appraisals | Independent Appraisal |
|---|---|---|---|---|---|---|---|---|---|
| 105-803909 | 694529-1 | 12/22/2009 | aquamarin | | portrd | 2.81 | $ 250.00 | | |
| 196810 | 700556-2 | 2/9/2010 | rhodochro | red | fantasy | 3.07 | $ 5,700.00 | $15,350 | $614.00 |
| 196-267110 | 730645-1 | 6/17/2010 | rhodochro | red | | 2.86 | $ 2,500.00 | | $572.00 |
| 105-700909 | 681152-1 | 10/21/2009 | alexandrit | brazillian | cushion | 2.08 | $ 18,000.00 | $40,100.00 | $15,600.00 |
| 105-700809 | 681152-1 | 10/26/2009 | tsavorite | green | round | 6.12 | $ 38,250.00 | $74,800.00 | $33,660.00 |
| 105-822309 | 691255-1 | 12/10/2009 | sphene | | portround | 7.68 | $ 3,107.85 | $9,200 | |
| 105-822409 | 691255-1 | 12/8/2009 | sphene | | portcush | 5.87 | $ 2,342.15 | | |
| 196-974009 | 681553-1 | 10/23/2009 | zoisite | green | cushion | 1.68 | $ 2,400.00 | | |
| 196-974009 | 681553-1 | 10/23/2009 | diamond | natural | oval | 0.79 | $ 12,900.00 | $23,650.00 | |
| 219-4409 | 690530-1 | 12/5/2009 | diamond | pink | | | $ 15,000.00 | $39,250.00 | |
| Total | | | | | | | $ 100,450.00 | | |

| GSN Item # | Invoice Number | Purchase Date | Gemstone/Tanzanite | Gemstone Cut | Carat | Purchase Price | GSN Appraisals | Independent Apprasial |
|---|---|---|---|---|---|---|---|---|
| 105-575105 | 686270-1 | 11/15/2009 | Tanzanite | pear | 13.01 | $7,800.00 | $25,400.00 | |
| | | 2009 | Tanzanite | cushion | 5.32 | $3,000.00 | $13,300.00 | |
| 105-191106 | 690622-1 | 12/6/2009 | Tanzanite | cushion | 11.97 | $5,700 | $25,150.00 | |
| | | 12/28/2009 | Tanzanite | 2 trillion | 3.25 | $928.04 | | |
| 105-871909 | 694529-1 | 12/22/2009 | Tanzanite | cushion | 8.19 | $5,500.00 | $20,450.00 | $5,324.00 |
| | | 12/24/2008 | Tanzanite | 2 round | 1.25 | $571.14 | | |
| **Total** | | | | | | **$23,499.18** | | |

| GSN Item # | Invoice Number | Purchase Date | Madarin Type | Gemstone Cut | Carat | Purchase Price | GSN Appraisals | Independent Apprasial |
|---|---|---|---|---|---|---|---|---|
| 105-747909 | 686270-1 | 11/15/2009 | lgplastic | 20 Rounds | .5+ | $500.00 | | |
| 105-1283005 | 695708-1 | 12/30/2009 | | pear | 2.36 | $200.00 | | |
| 105-9310 | 696884-1 | 1/4/2010 | | cushion | 4.90 | $2,900 | | $1,960.00 |
| | | 1/27/2010 | | portoval | 9.31 | $6,200.00 | $13,950 | |
| | | 1/15/2010 | | oval | 1.40 | $70.00 | | |
| 105-5785003 | 698998-1 | 1/15/2010 | matchpair | oval | 2.8ctwt | $140 | | |
| | | 00/00/2010 | | pear | 2.13 | $300 | | |
| | | 00/00/2010 | | trillion | 4.16 | $3,100 | $7,850.00 | |
| 105-81310 | 700556-1 | 1/22/2010 | | pear | 4.22 | $2,500 | | $2,426.00 |
| 105-81410 | 700556-1 | 1/22/2010 | | heart | 4.08 | $2,400.00 | | $2,346.00 |
| 105-81710 | 700566-1 | 1/31/2010 | | pear | 4.00 | $3,500.00 | | $2,300.00 |
| 105-118110 | 702351-1 | 1/31/2010 | | round | 2.58 | $516.00 | | |
| 105-118310 | 702351-1 | 1/31/2010 | | round | 2.06 | $412.00 | | |
| 105-118810 | 702351-1 | 1/31/2010 | | round | 1.77 | $354.00 | | |
| 105-118710 | 702351-1 | 1/31/2010 | | round | 1.79 | $358.00 | | |
| 105-440709 | 699862-1 | 1/19/2010 | | round | 8.15 | $6,925.00 | $18,050.00 | |
| 105-646109 | 682279-1 | 10/27/2009 | | mixedoval | 11.32 | $11,000 | $30,050.00 | $9,622.00 |
| **Total** | | | | | | **$41,375.00** | | |

| GSN Item # | Invoice Number | Purchase Date | Gemstone/Spinel Type | Gemstone Cut | Carat | Purchase Price | GSN Appraisals | Independent Apprasial |
|---|---|---|---|---|---|---|---|---|
| 212-30110 | 715062-1 | 4/4/2010 | Tanzanian | 2 Round | 2.49 | $1,100.00 | | |
| 105-675409 | 679187-1 | 10/10/2009 | Tanzanian | Oval | 0.98 | $490.00 | | |
| 105-46910 | 698777-1 | 1/14/2010 | Tanzanian | Oval | 1.45 | $725.00 | | |
| 105-65610 | 699862-1 | 1/19/2010 | Tanzanian | Portround | 5.19 | $39,000.00 | $124,400 | |
| 105-16510 | 700097-1 | 1/20/2010 | Tanz | Oval | 1.02 | $1,500.00 | | |
| 105-175310 | 705547-1 | 2/22/2010 | Tanz | Oval | 7.56 | $70,000.00 | $185,400 | $64,260.00 |
| 105-785009 | 700556-1 | 1/22/2010 | Spinel | Round | 1.26 | $1,500.00 | | |
| 105-510309 | 680953-1 | 10/20/2009 | Burma | Oval | 1.40 | $300.00 | | |
| 105-9010 | 696884-1 | 1/4/2010 | Spinel | Oval | 2.44 | $485.00 | | |
| 196-49110 | 700556-1 | 1/22/2010 | Spinel | Cushion | 1.43 | $1,800.00 | | |
| 105-890009 | 695754-1 | 2/4/2010 | Spinel | Roval | 4.58 | $5,500.00 | $14,050.00 | $4,580.00 |
| 105-869809 | 699862-1 | 1/19/2010 | 9 Natural | Oval | 1.1 each | $800.00 | | |
| 196-531410 | 731663-1 | 6/22/2010 | 2 Stones | Oval | 0.89 | $600.00 | | |
| TOTAL | | | | | | $123,800.00 | | |

| GSN Item # | Invoice Num | Purchase Date | Gemstone Type Mix Gem | Gemstone Cut | Carat | Purchase Price | GSN Appraisals | Independent Apprasial |
|---|---|---|---|---|---|---|---|---|
| 105-43710 | 698777-1 | 1/14/2010 | Citrine | Oval | 3.16 | $15.00 | | |
| 105-44310 | 698777-1 | 1/14/2010 | Citrine | Oval | 4.70 | $23.00 | | |
| 105-43510 | 698777-1 | 1/14/2010 | Citrine | Oval | 7.94 | $39.00 | | |
| 105-43810 | 698777-1 | 1/14/2010 | Citrine | Pear | 13.50 | $67.00 | | |
| 105-43910 | 698777-1 | 1/14/2010 | Citrine | Oval | 12.98 | $64.00 | | |
| 105-44010 | 698777-1 | 1/14/2010 | Citrine | Oval | 15.54 | $77.00 | | |
| 105-44110 | 698777-1 | 1/14/2010 | Citrine | Oval | 7.27 | $36.00 | | |
| 105-44610 | 698777-1 | 1/14/2010 | Citrine | Trillion | 12.25 | $61.00 | | |
| 105-46210 | 698777-1 | 1/14/2010 | Citrine | Oval | 14.40 | $72.00 | | |
| 196-93007 | 707416-1 | 2/25/2010 | 7 Gemstone Miners Figurines at $105.00 each | | | $735.00 | | |
| Total | | | | | | $1,189.00 | | |

| GSN Item # | Purchase Date | Zircon | Color | Gemstone Cut | Carat | Purchase Price | GSN Appraisals | Independent Appraisal |
|---|---|---|---|---|---|---|---|---|
| 105-819709 | 12/8/2009 | ceylon | Yellow | oval | 2.06 | $100.00 | | |
| 105-819809 | 12/8/2009 | ceylon | Fancy | round | 2.78 | $125.00 | | |
| 105-820309 | 12/8/2009 | ceylon | Fancy | oval | 4.2 | $210.00 | | |
| 105-818309 | 12/8/2009 | ceylon | Green | cushion | 3.39 | $165.00 | | |
| 105-819909 | 12/8/2009 | ceylon | Fancy | cushion | 7.22 | $350.00 | | |
| 105-820809 | 12/8/2009 | | Dark Blue | rnd/roval | 4.34 | $434.00 | | |
| 105-51210 | 1/15/2010 | | Fancy | cushion | 5.19 | $300.00 | | |
| 105-69610 | 1/20/2010 | | Fancy | 4 ovals | 15.72 | $786.00 | | |
| 105-858509 | 2/3/2010 | natural | Yellow | oval | 2.61 | $130.00 | | |
| 196-50010 | 1/22/2010 | | Yellow | fantasy | 4.65 | $697.00 | | $395.00 |
| 105-119010 | 1/31/2010 | natural | Green | Oval | 4.21 | $1,260.00 | | |
| 196-49610 | 1/22/2010 | | White | Round | 2.37 | $350.00 | | $177.00 |
| 105-119110 | 1/31/2010 | natural | Green | Cushion | 4.18 | | | |
| 105-1214110 | 2/1/2010 | | Dark Blue | Cushion | 7.39 | $739.00 | | |
| **Total** | | | | | | **$5,646.00** | | |

| GSN Item # | Invoice Number | Purchase Date | Garnet Type | Gemstone Cut | Carat | Purchase Price | GSN Appraisals | Independent Apprasial |
|---|---|---|---|---|---|---|---|---|
| 105-864409 | 694080-1 | 12/20/2009 | Demantoid | Round | 0.68 | $1,000.00 | | |
| 105-864509 | 694080-1 | 12/20/2009 | Demantoid | Round | 0.3 | $300.00 | | |
| 105-509309 | 694080-1 | 12/20/2009 | Demantoid | Cushion | 0.84 | $1,260.00 | | |
| 105-2010 | 696282-1 | 1/1/2010 | Demantoid | 2 Round | 0.65 | $650.00 | | |
| 105-604709 | 682017-1 | 10/26/2009 | Hessonite | Portround | 8.42 | $1,400.00 | | |
| 105-700809 | 681152-1 | 10/21/2009 | Tsavorite | Portround | 6.12 | $38,250.00 | | $33,660.00 |
| | | 1/31/2010 | Colorange | Oval | 3.25 | $9,700.00 | $25,050.00 | |
| | | 00/00/2010 | Colorange | Cushion | 1.35 | $4,100.00 | $8,150.00 | |
| 105-626609 | 686099-1 | 11/14/2009 | Colorange | Oval | 4.28 | $10,700.00 | $33,050.00 | |
| 196-974109 | | 00/00/2010 | Colororange | Oval | 2.48 | $5,100.00 | $11,165.00 | |
| 302-6109 | 703385-1 | 2/5/2010 | Colorange | mixcush | 4.02 | $9,500.00 | $50,250.00 | |
| **TOTAL** | | | | | | **$81,960.00** | | |

**EXHIBIT B**

## DAMAGE CALCULATION

| Business Expense/Cost | Amount | Status |
|---|---|---|
| First Data Merchant Services | $3,682.56 | Unpaid |
| Jewelry Supply Company | $516.76 | Unpaid |
| Education, tools, books, display cases | $13,370.89 | Unpaid |
| Shipping | $1,650.00 | Unpaid |
| | | |
| **Inventory** | **Amount** | **Status** |
| 2009 Inventory – Purchased from GEM Shopping Network | $349,416.71 | Unpaid |
| 2010 Inventory – Purchased from GEM Shopping Network | $271,954.00 | Unpaid |
| | | |
| **Total Damage Calculation** | **Amount** | **Status** |
| | $640,590.92 | Unpaid |

**EXHIBIT C**

# PRECISION GEM LAB, INC.

175 West Wieuca Road   Atlanta, GA  30342  (404)531-0750

October 22, 2009

REPORT  #**681152  102945**

We submit to you the below mentioned item examined and evaluated for insurance retail replacement value new.

One unmounted Tsavorite Garnet of the following description:

**Shape:**  round shape Portuguese faceted
**Measurements:** 9.65mm by 9.67mm by 8.17mm
**Weight:** 6.12cts
**Clarity:** FI  (free of eye visible inclusions)  Type II
**Color:**  medium dark strong slightly yellowish green
**Symmetry:** very good
**Polish:** very good
**Brilliance:** very good/excellent  80% - 90%

**value  $74,800.00**

George Houghtaling II, GG
Graduate Gemologist (GIA)

**EXHIBIT D**

# PRECISION GEM LAB, INC.

175 West Wieuca Road  Atlanta, GA  30342  (404)531-0750

October 22, 2009

REPORT  **#409283  21269**

We submit to you the below mentioned item examined and evaluated for insurance retail replacement value new.

One unmounted Chrysoberyl Alexandrite of the following description:

**Shape:**  cushion shape faceted
**Measurements:** 8.34mm by 6.70mm by 4.04mm
**Weight:** 2.08cts
**Clarity:** LI (lightly included)  Type II
**Color:**  dark strong Purple (incandescent)
dark strong Blue (day light)
**Symmetry:** very good
**Polish:** very good
**Brilliance:** good 40%
**Color Change:** excellent

**value  $40,100.00**

George Houghtaling II, GG
**Graduate Gemologist (GIA)**

**EXHIBIT E**

# PRECISION GEM LAB, INC.

175 West Wieuca Road   Atlanta, GA  30342  (404)531-0750

December 20, 2009

REPORT  #**694529  107463**

We submit to you the below mentioned item examined and
evaluated for insurance retail replacement value new.

One unmounted Zoisite Tanzanite of the following
description:



**Shape:**  cushion shape faceted
**Measurements:** 12.40mm by 10.43mm by 7.83mm
**Weight:**  8.19cts
**Clarity:**  FI  (free of eye visible inclusions)  Type I
**Color:**  medium dark/ark strong violetish Blue
**Symmetry:**  very good
**Polish:**  very good
**Brilliance:**  good 70%

**value  $20,450.00**

George Houghtaling II, GG
Graduate Gemologist (GIA)

**EXHIBIT F**

# World Gem Resources, Ltd.

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

**Gem #3: Identity conclusion - Tsavorite (Tradename)**
**mineral - green grossular garnet**

Weight: 6.12 carats
Measurements: 9.6-9.7mm round x 8.1mm depth
Shape: Round
Cut: Mixed (Brilliant crown and Modified "Portuguese" pavilion)
        Proportions - Good to Fair
        Finish - Good
Color: Hue - yellowish green in daylight, very slightly yellowish green in incandescent light
        Tone - medium dark (about 75 on the tonal scale of 0 - 100)
        Saturation - very good (low gray modifier)
Clarity: Ll1 (very lightly included)
Brilliancy: 80%
Extinction: 15%
Transparency: transparent
Enhancements: no indications of enhancements
Fluorescence: inert to both long and short wave U.V.
Geographic Origin: Kenya / Tanzania area

Comments: This stone has excellent color and low extinction which is good and is unusual
for tsavorite. It does have about a 30% bulge factor on the pavilion which retains a higher weight
yield for the finished piece. It has a diameter consistent with a fine cut stone that would weigh
about 4.75 carats and this factors somewhat into the evaluation.




*William D. Korst, ts.*

# World Gem Resources, Ltd.

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

### Gem #3: 6.12ct Tsavorite continued

Here are some comparables for this subject gem.

Jewelry Television is offering a 5.73 carat pear shape tsavorite for $6,600 or $1,152 per carat. This stone is no where near the quality of the subject stone.

Swala Gem Traders, an internet marketer, is offering a 6.04 carat oval tsavorite measuring 11.9 x 10 x 7mm described as "Top of the crop tsavorite. This gem is part of a parcel of top colored tsavorites. The hue is pure green, not too dark, not too light. Perfect! Tsavorites from this parcel all are highly recommended. 100% clean. Would put a top emerald to shame. This is a world class piece". They are offering this gem for $18,120 or $3,000 per carat.

Lapigems is an internet marketer and they offer an "exceptional", 3.04 carat emerald cut tsavorite for $7,600 or $2,500 per carat.

Africagems.com is offering a 3.16 carat round tsavorite measuring 8.63 x 6.06mm for $6,518 or $2,063 per carat. This stone is smaller and no where near the quality of the subject.

Looking in another direction, a well known gem dealer in CA has a fine 3.53 carat round tsavorite that has a larger diameter then the subject stone but it has quite a bit more extinction than the subject stone. That dealers asking price is $2,400 per carat and a jeweler would add a markup on to that.

My value conclusion of the most representative dollar value for the subject stone as of October 2009, taking into account about a 20% premium for a round verus an oval or cushion shape and the smaller diameter for the weight, is $5,500 per carat or $33,660 total.

Page 1 is an integral part of this report

*Notes:*
*Identity conclusion based on examination / testing with standard gemological equipment including microscope, refractometer, long and short wave ultraviolet source*
*Measurements were taken with a Leveridge gauge with accuracy +/- 0.1mm.*
*Clarity viewed: 10x binocular microscope with dark field illumination*
*Color viewed:  Daylight illumination - 5500K with 94 color rendering index*
*Incandescent illumination: 3000K*

**End of report for Gem #3**

**EXHIBIT G**

# World Gem Resources, Ltd.

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

**Gem #5: Identity conclusion - Alexandrite**
**Mineral - chrysoberyl with color change**

Weight: 2.08 carats
Measurements: 8.4 x 6.7 x 4.1mm
Shape: Cushion
Cut: Mixed
    Proportions - Good
    Finish - Good
Color: Hue - greenish blue in daylight, pinkish purple in incandescent light
    Tone - dark (85+ on the tonal scale of 0 - 100)
    Saturation - good (moderate gray modifier)
Clarity: FI-LI1 (free of inclusions to very lightly included)
Brilliancy: 40%
Extinction: about 60%
Transparency: transparent
Enhancements: no indications of enhancements
Fluorescence: inert to both long and short wave U.V.
Geographic Origin: unknown but appearance is consistent with some Brazilian material

The greenish blue in daylight is over dark and combined with the extinction the daylight color is not that appealing. The degree of change is virtually 100% and the pinkish purple is rather pleasing but with the higher extinction the color the eye sees is limited.





*William D. Kostite*

# World Gem Resources, Ltd.

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

**Gem #5: 2.08 carat Alexandrite continued**

Africagems.com, an internet marketer, offers a 1.80 carat oval alexandrite for $14,985 or $8,325 per carat. It is described as "In Daylight, this Genuine Alexandrite Gemstone Displays a Vibrant Medium Bluish Green Color. In an Incandescent Light Source, this Alexandrite Gem Displays A Pretty Vivid Purplish Pink Color". This is below 2 carats but is better in color than the subject stone.

One gem dealer is offering a fine 2.84 carat emerald-cut alexandrite for $7500 per carat. It is described as "Clean, well cut certified GIA excellent color change Greenish blue to purple red Color change". Here is the image as shown on the GIA report. The GIA report states "Greenish Blue changing to Violet". This 2.84 carat alexandrite is superior to the subject stone.



17259466

Another gem dealer has a 2.34 carat oval alexandrite for $5,600 per carat. It is described as a beautiful dark blue-green changing to a raspberry red, 99% color change, clean, AGTA lab report".

My value conclusion of the most representative dollar value for the subject stone as of January 2010, factoring in the 2+ carat size, the fine clarity but also the over darkness and high extinction of the stone, is $7,500 per carat or $15,600 total.

Page 1 is an integral part of this report

*Notes:*
*Identity conclusion based on examination / testing with standard gemological equipment including microscope, refractometer, long and short wave ultraviolet source*
*Measurements were taken with a Leveridge gauge with accuracy +/- 0.1mm.*
*Clarity viewed: 10x binocular microscope with dark field illumination*
*Color viewed: Daylight illumination - 5500K with 94 color rendering index*
*Incandescent illumination: 3000K*

**End of report for Gem #5**

**EXHIBIT H**

# World Gem Resources, Ltd.

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

**Gem #1: Identity conclusion - Tanzanite (tradename)**
            **Mineral - Zoisite**

Weight: 8.19 carats
Measurements: 12.7 x 10.6 x 7.8mm
Shape: Cushion
Cut: Mixed
        Proportions - Good
        Finish - Good
        Comment: pavilion angles are not optimum producing about a 35% window
Color: Hue - violetish blue in daylight, violet blue in incandescent light
        Tone - medium dark to dark (about 80 to 82 on the tonal scale of 0 - 100)
        Saturation - very good (low gray modifier)
Clarity: LI1 (very lightly included)
        Several abrasions on pavilion facet junctions
Brilliancy: 65%
Extinction: about 35%
Transparency: transparent
Enhancements: tanzanite routinely is subject to thermal enhancement to change
the brownish stone to a blue color. The values discussed here are for tanzanites
that have been thermally enhanced.
Fluorescence: inert to both long and short wave U.V.
Geographic Origin: Tanzania




# World Gem Resources, Ltd.

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

## Gem #1: 8.19ct Tanzanite continued

For tanzanite, there are many comparables available from television and internet marketers.

Jewelry Television or JTV, is a television and internet marketer. They have a large selection of tanzanites to act as comparables. From their vault collection they offer an 8.40 carat cushion shaped "gem quality" tanzanite measuring 13.5 x 11.5mm for $6,578.21 or $783 per carat. Many other tanzanites that they offer are not labeled "gem quality" and are available in the $500 to $600 per carat range for similar sizes to our subject.

Lapigems is an internet marketer and they offer an "exceptional", "outstanding AAA" 7.21 carat cushion shaped tanzanite for $5,286.56 or $733 per carat.

And as additional comparables, Swala Gem Traders, an internet marketer, offers a "very nice" 7.94ct cushion blue tanzanite for $4,327 or $545 per carat, and a 9.96 carat cushion blue tanzanite for $6,474 or $650 per carat.

My value conclusion of the most representative dollar value for the subject stone as of January 2010, taking into account the 35% windowing factor which is function of less than optimal cutting, is $650 per carat or $5,324 total.

Page 1 is an integral part of this report

*Notes:*
*Identity conclusion based on examination / testing with standard gemological equipment including microscope, refractometer, long and short wave ultraviolet source*
*Measurements were taken with a Leveridge gauge with accuracy +/- 0.1mm.*
*Clarity viewed: 10x binocular microscope with dark field illumination*
*Color viewed:   Daylight illumination - 5500K with 94 color rendering index*
*Incandescent illumination: 3000K*

**End of report for Gem #1**

**EXHIBIT I**

# World Gem Resources, Ltd.

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

**Gem #2: Identity conclusion - Pink Spinel**

Weight: 7.56 carats
Measurements: 11.8 x 10.0 x 8.3mm
Shape: Oval
Cut: Mixed
    Proportions - Good
    Finish - Good
Color: Hue - Pink in daylight, slightly orangish pink in incandescent light
    Tone - medium dark (about 65-70 on the tonal scale of 0 - 100)
    Saturation - very good (low gray modifier)
Clarity: LI1 (very lightly included)
    Culet area is abraded
Brilliancy: 90%
Extinction: 10%
Transparency: transparent
Enhancements: no indications of enhancements
Fluorescence: inert to both long and short wave U.V.
Geographic Origin: appearance is consistent with material from Mahenge, Tanzania

Comments: The stone can be said to have a moderately strong neon appearance.




*William D. Konstitus.*

# World Gem Resources, Ltd.

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

**Gem #2: 7.56 carat Pink Spinel continued**

Jewelry Television provides this comparable: They are offering a 7.50 carat oval Tanzanian spinel measuring 13.9 x 10.9 x 6.8mm and is described as VVS clarity. This stone is being offered from their Vault collection for $22,515 or $3,002 per carat. Here is an image of that stone (below left). This stone is of lesser quality than the subject stone.

  

Another comparable is from Swala Gem Trader, an internet marketer. They offer an 8.33 carat pear shape Tanzanian spinel described as "Amazing gem. This stone is from a parcel which is possibly one of the nicest ever found in Tanzania. The gems are of a beautiful red/pink hue. Highly recommended". They offer this spinel for $41,650 or $5,000 per carat. Here is an image of this stone (above center).

Multicolour.com, an internet marketer of gems, is offering a 17.60 carat oval fine spinel from Tanzania described as a medium dark slightly purplish red and they say this stone is one of the last ones from the huge crystal that was discovered in Tanzania some two years ago. They are asking $90,112 or $5,120 per carat.   See image above far right.

A New York gem dealer has in stock very fine neon pink spinels in 5 carat sizes. He is asking $5,000 per carat for these goods.

My value conclusion of the most representative dollar value for the subject stone as of February 2010, is $8,500 per carat or $64,260 total.

Page 1 is an integral part of this report

*Notes:*
*Identity conclusion based on examination / testing with standard gemological equipment including microscope, refractometer, long and short wave ultraviolet source*
*Measurements were taken with a Leveridge gauge with accuracy +/- 0.1mm.*
*Clarity viewed: 10x binocular microscope with dark field illumination*
*Color viewed:  Daylight illumination - 5500K with 94 color rendering index*
*Incandescent illumination: 3000K*

**End of report for Gem #2**

**EXHIBIT J**

# World Gem Resources, Ltd.

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

**Gem #6: Identity conclusion - Spinel**

Weight: 4.58 carats
Measurements: 9.8 x 9.2 x 6.7mm
Shape: Oval
Cut: Mixed
    Proportions - Good
    Finish - Good
    Pavilion angles are not optimal and results in about a 10% window
Color: Hue - pink in daylight, slightly orangish pink in incandescent light
    Tone - medium (about 55-60 on the tonal scale of 0 - 100)
    Saturation - moderate (moderate gray modifier)
Clarity: LI2 lightly included)
    Several abrasions on crown facet junctions and a number of abrasions on pavilion
    facet junctions
Brilliancy: 70%
Extinction: 20%
Transparency: transparent
Enhancements: no indications of enhancements
Fluorescence: inert to both long and short wave U.V.
Geographic Origin: unknown




*Whyin D Korst*

# World Gem Resources, Ltd.

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

### Gem #6: 4.58ct Pink Spinel continued

Swala Gem Traders offers a very good 6.90 carat cushion shape pinkish red Tanzanian spinel that they describe as "a wonderful gem" for $13,800 or $2,000 per carat. This is substantially better than the subject stone.

A fine gem dealer has a "hot pink" 5.06 carat Burma spinel that they are offering for $1,800 per carat. Here is an image (below left) of that stone along side the subject stone. The 5.06ct is a much stronger color than the subject stone.

     

Another gem dealer has a fine pink Tanzanian spinel that weighs 3.33 carats and here is an image of that along side the subject stone (above right). The 3.33ct is being offered for $750 per carat and is a much better color than the subject stone.

My value conclusion of the most representative dollar value for the subject stone as of December 2009, is $1,000 per carat or $4,580 total.

### Page 1 is an integral part of this report

*Notes:*
*Identity conclusion based on examination / testing with standard gemological equipment including microscope, refractometer, long and short wave ultraviolet source*
*Measurements were taken with a Leveridge gauge with accuracy +/- 0.1mm.*
*Clarity viewed: 10x binocular microscope with dark field illumination*
*Color viewed:  Daylight illumination - 5500K with 94 color rendering index*
        *Incandescent illumination: 3000K*

### End of report for Gem #6

*William D. Korstad*

**EXHIBIT K**

# World Gem Resources, Ltd.

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

**Gem #4: Identity conclusion - Tourmaline**
**African "Paraiba Tourmaline" in the trade**

Weight: 3.89 carats
Measurements: 10.6 x 8.6 x 6.3mm
Shape: Oval
Cut: Mixed
    Proportions - Good
    Finish - Good
    Comment: Pavilion angles are not optimum resulting in about a 25% window
Color: Hue - green blue in daylight, green blue in incandescent light
    Tone - medium (about 55-60 on the tonal scale of 0 - 100)
    Saturation - good (moderate gray modifier)
Clarity: LI2 to MI1 (lightly to moderately included)
Brilliancy: 70%
Extinction: 10%
Transparency: transparent
Fluorescence: inert to both long and short wave U.V.
Geographic Origin: appearance is consistent with African tourmaline

This stone was submitted to the Gemological Institute of America (GIA) laboratory and their tourmaline report #2121449356 states under treatment "Indications of clarity enhancement". A phone call to their office addressed this remark and they stated they detected an oil or polymer filler, a similar clarity enhancement to what emerald is routinely subjected. This appraiser has determined that this clarity enhancement is minimal in this stone. Also under treatment, this lab says "No indications of heating". Under comments in this lab's report they state "This copper and manganese bearing tourmaline may be called "paraiba tourmaline" in the trade. The name "paraiba" comes from the Brazilian locality where this gem was first mined, however today it may come from several localities."

Paraiba tourmaline is know for its neon appearance. In this particular stone the neon effect is not strong and could be described as faint to moderate.




**World Gem Resources, Ltd.**

5021 Vernon Ave S., Suite 123
Minneapolis, MN 55436

| | |
|---|---|
| Toll Free: | 800-786-2921 |
| Phone: | 952-944-9443 |
| Fax: | 952-944-8155 |
| E-mail: | gems@worldgem.com |

### Gem #4: 3.89 carat Paraiba Tourmaline continued

Jewelry Television has a 2.75ct Oval Paraiba Tourmaline, heated, for $5,000 or $1,818 per carat. The subject stone is better than this one.

Swala Gem Traders, an internet marketer, offered a fine 6.14 carat Cuprian Tourmaline. They describe it as "This single stone comes from Mozambique. An absolutely wonderful gem. Natural. Hard to believe that nature produces such colours. Tone and saturation are perfect. The gem is clean. Beautiful. Highly recommended. Expensive altogether but nicely priced". They offered this stone for $18,420 or $3,000 per carat. Here is their photo of that stone. This is a more valuable stone than the subject stone.

 

Upper right is the subject stone photographed along side a 4.36ct African Paraiba Tourmaline. The 4.36ct is quite a but stronger than the subject stone and is being offered from a dealers inventory at $2500 per carat.

My value conclusion of the most representative dollar value for the subject stone as of February 2010, is $2,500 per carat or $9,725 total.

Page 1 is an integral part of this report

*Notes:*
*Identity conclusion based on examination / testing with standard gemological equipment including microscope, refractometer, long and short wave ultraviolet source*
*Measurements were taken with a Leveridge gauge with accuracy +/- 0.1mm.*
*Clarity viewed: 10x binocular microscope with dark field illumination*
*Color viewed:  Daylight illumination - 5500K with 94 color rendering index*
*Incandescent illumination: 3000K*

**End of report for Gem #4**