UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ann Klinge, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>Gem Shopping Network, Inc. a Georgia Corporation, and Precision Gem Lab, Inc. a Georgia Corporation<br><br>Defendants | Case No. 12-2392 (JNE/SER)<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiff Ann Klinge has retained Mark C. Santi and Steven P. Katkov of Thompson Hall Santi Cerny & Dooley to substitute as counsel for Michael H. Frasier and Chad A. Snyder of Snyder Gislason Frasier LLC in this case.

Dated: March 21, 2014

| | |
|---|---|
| **SNYDER GISLASON FRASIER LLC**<br>*s/ Michael H. Frasier*<br>Michael H. Frasier, Esq. (#0387704)<br>Chad A. Snyder, Esq. (#0288275)<br>233 Park Avenue South, Suite 205<br>Minneapolis, Minnesota 55415<br>Telephone: (612) 465-0074<br>Facsimile: (612) 465-1986<br>mfrasier@sgflegal.com<br><br>**WITHDRAWING AS COUNSEL FOR PLAINTIFF ANN KLINGE** | **THOMPSON HALL SANTI CERNY & DOOLEY**<br>*s/ Mark C. Santi*<br>Mark C. Santi, Esq. (#0392859)<br>Steven P. Katkov, Esq. (#0202769)<br>901 Marquette Avenue, Suite 1675<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 466-001<br>Facsimile: (612) 437-4500<br>msanti@thompsonhall.com<br>skatkov@thompsonhall.com<br><br>**ATTORNEYS FOR PLAINTIFF ANN KLINGE** |