UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ann Klinge, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>Gem Shopping Network, Inc. a Georgia corporation,<br><br>                Defendants. | Case No. 12-2392 (JNE/SER)<br><br><br><br>**ORDER TO AMEND ORDER DATED**<br>**APRIL 17, 2014** |

By Stipulation dated June 20, 2014, the parties moved to amend certain dates provided in the Court's April 24, 2014 Order. Good cause having been shown,

IT IS HEREBY ORDERED that the Court's April 24, 2014 Order is hereby modified as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Expert witness and Rule 26(a)(2)(B) disclosures | July 1, 2014 | September 1, 2014 |
| Fact Discovery | July 15, 2014 | September 15, 2014 |
| Disclosure of rebuttal expert witnesses and their reports | July 29, 2014 | September 29, 2014 |
| All discovery, including expert depositions | August 14, 2014 | October 13, 2014 |
| Non-dispositive motions | September 15, 2014 | November 14, 2014 |
| Dispositive motions | October 13, 2014 | December 12, 2014 |
| Trial date | February 2, 2015 | April 13, 2015 |

**There will be no further extensions to the Pretrial Scheduling Order.**

Dated:  June 25, 2014                            *s/Steven E Rau*
                                                              Steven E. Rau
                                                              U.S. Magistrate Judge